UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Whitney Tummings,

        Plaintiff,

        v.                                                                Civil Action No. 2:26–cv–14

AscensionPoint Recovery Services, LLC,

        Defendant.

## ORDER

On or before June 5, 2026, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 28th day of May 2026.

        _/s/ Kevin J. Doyle_
        Kevin J. Doyle
        United States Magistrate Judge