UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Whitney Tummings,

       Plaintiffs,

       v.                                                    Civil Action No. 2:26–cv–14

AscensionPoint Recovery Services, LLC,

       Defendants.

## ORDER

On or before July 8, 2026, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and file its Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 1st day of July 2026.

/s/ Kevin J. Doyle_____
Kevin J. Doyle
United States Magistrate Judge